### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| John Doe | ) | |
| | ) | Case No.   25 C 3282 |
| v. | ) | |
| | ) | Judge: Matthew F. Kennelly |
| Cleo Communications, Inc. | ) | |

### ORDER

Plaintiff's motion to change venue [9] is granted.  The case is transferred to the Western Division of this District.  The Clerk is directed to assign a Western Division docket number to the case and is directed to terminate the case under docket number 25 C 3282.

Date: 4/4/2025  /s/ Matthew F. Kennelly
United States District Judge